1  DAVID SANFORD (Appearance Pro Hac Vice)
   dsanford@sanfordheisler.com
2  SANFORD HEISLER SHARP, LLP
   700 Pennsylvania Ave, SE, Suite 300
3  Washington, DC 20003
   Telephone: (202) 499-5200
4  Facsimile: (202) 499-5199

5  JILL SANFORD (SBN 185757)
   jsanford@sanfordheisler.com
6  EDWARD CHAPIN (SBN 53287)
   echapin2@sanfordheisler.com
7  SANFORD HEISLER SHARP, LLP
   655 W Broadway, Suite 1700
8  San Diego, CA 92101
   Telephone: (619) 577-4253
9  Facsimile: (619) 677-4250

10 (*Add'l Counsel Listed on Next Page*)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DAWN KNEPPER, on behalf of herself and all others similarly situated, | Case No. 8:19-cv-00060-JVS-ADS<br>Case No. 2:19-cv-00527-JVS-ADS |
|---|---|
| Plaintiff(s), | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE AND DEADLINES ON THE OPT-IN PARTY PLAINTIFFS' MOTION FOR INTERVENTION AND/OR INCLUSION AS NAMED PLAINTIFFS** |
| v. | |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., CHARLES MATTHEW KEEN & KIM FRANKLIN EBERT, | |
| Defendant(s). | **Current Date:** June 17, 2019<br>**Current Time:** 1:30 p.m.<br><br>**Proposed Date:** July 22, 2019<br>**Proposed Time:** 1:30 p.m. |

| | |
|---|---|
| 1 | DANIELLE FUSCHETTI (SBN 294065) |
| | dfuschetti@sanfordheisler.com |
| 2 | SANFORD HEISLER SHARP, LLP |
| | 111 Sutter Street, Suite 975 |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 795-2020 |
| 4 | Facsimile: (415) 795-2021 |
| 5 | |
| | LEIGH ANNE ST. CHARLES (Appearance Pro Hac Vice) |
| 6 | lstcharles@sanfordheisler.com |
| | SANFORD HEISLER SHARP, LLP |
| 7 | 611 Commerce St., Suite 3100 |
| | Nashville, TN 37203 |
| 8 | Telephone: (615) 434-7000 |
| | Facsimile: (615) 434-7020 |
| 9 | |
| | AASHISH Y. DESAI (SBN 187394) |
| 10 | aashish@desai-law.com |
| | DESAI LAW FIRM, P.C. |
| 11 | 3200 Bristol St., Suite 650 |
| | Costa Mesa, CA 92626 |
| 12 | Telephone: (949) 614-5830 |
| | Facsimile: (949) 271-4190 |
| 13 | |
| 14 | Attorneys for Plaintiff and the Classes |
| 15 | NANCY L. ABELL (SBN 88785) |
| | nancyabell@paulhastings.com |
| 16 | DEBORAH S. WEISER (SBN 167132) |
| | deborahweiser@paulhastings.com |
| 17 | VALERIE M. MAREK (SBN 301540) |
| | valeriemarek@paulhastings.com |
| 18 | PAUL HASTINGS LLP |
| | 515 South Flower Street |
| 19 | Twenty-Fifth Floor |
| | Los Angeles, California 90071-2228 |
| 20 | Telephone: (213) 683-6000 |
| | Facsimile: 1(213) 627-0705 |
| 21 | |
| 22 | PAUL W. CANE, JR. (SBN 100458) |
| | paulcane@paulhastings.com |
| 23 | PAUL HASTINGS LLP |
| | 101 California Street |
| 24 | Forty-Eighth Floor |
| | San Francisco, California 94111 |
| 25 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 26 | Attorneys for Defendants |
| 27 | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C., |
| 28 | CHARLES MATTHEW KEEN and KIM FRANKLIN EBERT |

| | |
|---|---|
| Case No. 8:19-cv-00060-JVS-ADS | JOINT STIP. AND [PROPOSED] ORDER TO |
| Case No. 2:19-cv-00527-JVS-ADS | CONTINUE THE HEARING DATE . . . ON |
| | THE MOTION FOR INTERVENTION |

# STIPULATION

The parties, through their counsel of record, request that the Court continue:

(1) the hearing on the OPT-IN PARTY PLAINTIFFS' MOTION FOR INTERVENTION AND/OR INCLUSION AS NAMED PLAINTIFFS ("Motion"), Dkt. 117, from June 17, 2019, at 1:30 p.m. to July 22, 2019, at 1:30 p.m.;

(2) the deadline for Defendants' opposition to July 1, 2019; and

(3) the deadline for the Opt-in Party Plaintiffs' reply to July 12, 2019.

This second request for continuance is made because the parties have continued to work diligently in an attempt to narrow the issues presented by the Motion, some of which are complex, and believe that the additional time will be productive and conserve judicial resources.

**IT IS SO STIPULATED.**

Dated: May 23, 2019        SANFORD HEISLER SHARP, LLP

By: /s/ Leigh Anne St. Charles
Leigh Anne St. Charles
(appearance Pro Hac Vice)

DATED: May 23, 2019        PAUL HASTINGS LLP

By: /s/ Nancy L. Abell
Nancy L. Abell

Attorneys for Defendants
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
CHARLES MATTHEW KEEN
and KIM FRANKLIN EBERT

# ORDER

(1) The hearing on the OPT-IN PARTY PLAINTIFFS' MOTION FOR INTERVENTION AND/OR INCLUSION AS NAMED PLAINTIFFS ("Motion"), Dkt. 117, is continued from June 17, 2019, at 1:30 p.m. to July 22, 2019, at 1:30 p.m.;

(2) The deadline for Defendants' opposition to the Motion is July 1, 2019; and

(3) The deadline for the Opt-in Party Plaintiffs' reply is July 12, 2019.

The parties have demonstrated that they have continued to work diligently in an attempt to narrow the issues presented by the Motion and believe that the additional time will be productive and conserve judicial resources.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: _____

HONORABLE JAMES V. SELNA
United States District Judge

LEGAL_US_W # 98630785.1