1  DAVID SANFORD (Appearance Pro Hac Vice)
   dsanford@sanfordheisler.com
2  SANFORD HEISLER SHARP, LLP
   700 Pennsylvania Ave, SE, Suite 300
3  Washington, DC 20003
   Telephone: (202) 499-5200
4  Facsimile: (202) 499-5199

5  JILL SANFORD (SBN 185757)
   jsanford@sanfordheisler.com
6  EDWARD CHAPIN (SBN 53287)
   echapin2@sanfordheisler.com
7  SANFORD HEISLER SHARP, LLP
   655 W Broadway, Suite 1700
8  San Diego, CA 92101
   Telephone: (619) 577-4253
9  Facsimile: (619) 677-4250

10 
   (*Add'l Counsel Listed on Next Page*)
11

12                    **UNITED STATES DISTRICT COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14

15 | DAWN KNEPPER, on behalf of herself and all others similarly situated, | Case No. 8:19-cv-00060-JVS-ADS |
|---|---|
| Plaintiff(s), | **JOINT STIPULATION TO (i) WITHDRAW OPT-IN PARTY PLAINTIFFS' MOTION FOR INTERVENTION AND/OR INCLUSION AS NAMED PLAINTIFFS (DKT. 117), AND (ii) DISMISS WITH PREJUDICE OPT-IN PARTY PLAINTIFFS CAMPANARO, OCHOA AND VOLTMER FROM THIS ACTION** |
| v. | |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., CHARLES MATTHEW KEEN & KIM FRANKLIN EBERT, | |
| Defendant(s). | **Hearing Date:** August 26, 2019<br>**Hearing Time:** 1:30 p.m. |

| | |
|---|---|
| 1 | DANIELLE FUSCHETTI (SBN 294065) |
| | dfuschetti@sanfordheisler.com |
| 2 | SANFORD HEISLER SHARP, LLP |
| | 111 Sutter Street, Suite 975 |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 795-2020 |
| 4 | Facsimile: (415) 795-2021 |
| 5 | |
| | LEIGH ANNE ST. CHARLES (Appearance Pro Hac Vice) |
| 6 | lstcharles@sanfordheisler.com |
| | SANFORD HEISLER SHARP, LLP |
| 7 | 611 Commerce St., Suite 3100 |
| | Nashville, TN 37203 |
| 8 | Telephone: (615) 434-7000 |
| | Facsimile: (615) 434-7020 |
| 9 | |
| | AASHISH Y. DESAI (SBN 187394) |
| 10 | aashish@desai-law.com |
| | DESAI LAW FIRM, P.C. |
| 11 | 3200 Bristol St., Suite 650 |
| | Costa Mesa, CA 92626 |
| 12 | Telephone: (949) 614-5830 |
| | Facsimile: (949) 271-4190 |
| 13 | |
| 14 | Attorneys for Plaintiff and the Classes |
| 15 | NANCY L. ABELL (SBN 88785) |
| | nancyabell@paulhastings.com |
| 16 | DEBORAH S. WEISER (SBN 167132) |
| | deborahweiser@paulhastings.com |
| 17 | VALERIE M. MAREK (SBN 301540) |
| | valeriemarek@paulhastings.com |
| 18 | PAUL HASTINGS LLP |
| | 515 South Flower Street |
| 19 | Twenty-Fifth Floor |
| | Los Angeles, California 90071-2228 |
| 20 | Telephone:  (213) 683-6000 |
| | Facsimile:  1(213) 627-0705 |
| 21 | |
| 22 | PAUL W. CANE, JR. (SBN 100458) |
| | paulcane@paulhastings.com |
| | PAUL HASTINGS LLP |
| 23 | 101 California Street |
| | Forty-Eighth Floor |
| 24 | San Francisco, California 94111 |
| | Telephone:  (415) 856-7000 |
| 25 | Facsimile:   (415) 856-7100 |
| 26 | Attorneys for Defendants |
| | OGLETREE, DEAKINS, NASH, |
| 27 | SMOAK & STEWART, P.C., |
| | CHARLES MATTHEW KEEN |
| 28 | and KIM FRANKLIN EBERT |

Case No. 8:19-cv-00060-JVS-ADS                          JOINT STIP. TO WITHDRAW OPT-IN
                                                       PLTFS' MOTION TO INTERVENE AND TO
                                                       DISMISS THEIR CLAIMS WITH PREJUDICE

# STIPULATION

The parties, through their counsel of record, hereby stipulate:

(1)     that Opt-in Party Plaintiffs withdraw their pending OPT-IN PARTY PLAINTIFFS' MOTION FOR INTERVENTION AND/OR INCLUSION AS NAMED PLAINTIFFS ("Motion"), Dkt. 117;

(2)     that all claims of Opt-in Party Plaintiffs Jocelyn Campanaro, Angelica Ochoa, and Alicia Voltmer are hereby dismissed in their entirety with prejudice; and

(3)     that Opt-in Party Plaintiffs Campanaro, Ochoa and Voltmer, and Defendants Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Charles Matthew Keen and Kim Franklin Ebert, each shall bear their own attorneys' fees and costs with regard to the claims of Campanaro, Ochoa and Voltmer.

**IT IS SO STIPULATED.**

Pursuant to L.R. 5-4.3.4, I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  July 29, 2019          PAUL HASTINGS LLP

By:  /s/ Nancy L. Abell
         Nancy L. Abell

Attorneys for Defendants
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., CHARLES MATTHEW KEEN and KIM FRANKLIN EBERT

DATED:  July 29, 2019          SANFORD HEISLER SHARP, LLP

By:  /s/ David Sanford
         David Sanford
         (appearance Pro Hac Vice)

Attorneys for Opt-In Plaintiffs
JOCELYN CAMPANARO, ANGELICA OCHOA and ALICIA VOLTMER

Case No. 8:19-cv-00060-JVS-ADS     - 1 -     JOINT STIP. TO WITHDRAW OPT-IN PLTFS' MOTION TO INTERVENE AND TO DISMISS THEIR CLAIMS WITH PREJUDICE

ssss