UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN KNEPPER, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., CHARLES MATTHEW KEEN & KIM FRANKLIN EBERT,<br><br>Defendant(s). | Case No. 8:19-cv-00060-JVS-ADS<br><br>**ORDER (i) GRANTING WITHDRAWAL OF OPT-IN PARTY PLAINTIFFS' MOTION FOR INTERVENTION AND/OR INCLUSION AS NAMED PLAINTIFFS (DKT. 117), AND (ii) DISMISSING WITH PREJUDICE OPT-IN PARTY PLAINTIFFS JOCELYN CAMPANARO, ANGELICA OCHOA AND ALICIA VOLTMER**<br><br>Hearing Date: August 26, 2019<br>Hearing Time: 1:30 p.m. |

# ORDER

(1) The OPT-IN PARTY PLAINTIFFS' MOTION FOR INTERVENTION AND/OR INCLUSION AS NAMED PLAINTIFFS ("Motion"), Dkt. 117 is hereby withdrawn, and the August 19, 2019 hearing thereon is taken off calendar;

(2) All claims of Opt-in Party Plaintiffs Jocelyn Campanaro, Angelica Ochoa, and Alicia Voltmer are hereby dismissed in their entirety with prejudice; and

(3) Opt-in Party Plaintiffs Campanaro, Ochoa and Voltmer, and Defendants Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Charles Matthew Keen and Kim Franklin Ebert, each shall bear their own attorneys' fees and costs with regard to the claims of Campanaro, Ochoa and Voltmer.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: July 30, 2019

HONORABLE JAMES V. SELNA
United States District Judge