DAVID SANFORD (Appearance *Pro Hac Vice*)
dsanford@sanfordheisler.com
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Ave, SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
Facsimile: (202) 499-5199

JILL SANFORD (SBN 185757)
jsanford@sanfordheisler.com
EDWARD CHAPIN (SBN 53287)
echapin2@sanfordheisler.com
SANFORD HEISLER SHARP, LLP
655 W Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4253
Facsimile: (619) 677-4250

*(Add'l Counsel Listed on Next Page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN KNEPPER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., CHARLES MATTHEW KEEN & KIM FRANKLIN EBERT,<br><br>Defendants. | CASE NO. 8:19-CV-00060-JVS-ADS<br><br>**JOINT STIPULATION TO (i) DISMISS WITH PREJUDICE ALL CLAIMS OF PLAINTIFF DAWN KNEPPER AGAINST ALL SERVED AND UNSERVED DEFENDANTS (COUNTS 1 – 7 AND 11 – 12 OF THE SECOND AMENDED COMPLAINT), (ii) DISMISS WITHOUT PREJUDICE THE REPRESENTATIVE CLAIM UNDER THE CALIFORNIA PRIVATE ATTORNEYS GENERAL ACT (COUNT 10 OF THE SECOND AMENDED COMPLAINT), AND (iii) CLOSE THIS CASE**<br><br>Judge:   Hon. James V. Selna |

| | |
|---|---|
| 1 | DANIELLE FUSCHETTI (SBN 294065) |
| 2 | dfuschetti@sanfordheisler.com |
|   | SANFORD HEISLER SHARP, LLP |
| 3 | 111 Sutter Street, Suite 975 |
|   | San Francisco, CA 94104 |
| 4 | Telephone:  (415) 795-2020 |
|   | Facsimile:  (415) 795-2021 |
| 5 | |
|   | LEIGH ANNE ST. CHARLES (Appearance *Pro Hac Vice*) |
| 6 | lstcharles@sanfordheisler.com |
|   | SANFORD HEISLER SHARP, LLP |
| 7 | 611 Commerce St., Suite 3100 |
|   | Nashville, TN 37203 |
| 8 | Telephone:  (615) 434-7000 |
|   | Facsimile:  (615) 434-7020 |
| 9 | |
|   | AASHISH Y. DESAI (SBN 187394) |
| 10 | aashish@desai-law.com |
|    | DESAI LAW FIRM, P.C. |
| 11 | 3200 Bristol St., Suite 650 |
|    | Costa Mesa, CA 92626 |
| 12 | Telephone:  (949) 614-5830 |
|    | Facsimile:  (949) 271-4190 |
| 13 | |
| 14 | Attorneys for Plaintiff and the Classes |
| 15 | NANCY L. ABELL (SBN 88785) |
|    | nancyabell@paulhastings.com |
| 16 | DEBORAH S. WEISER (SBN 167132) |
|    | deborahweiser@paulhastings.com |
| 17 | VALERIE M. MAREK (SBN 301540) |
|    | valeriemarek@paulhastings.com |
| 18 | PAUL HASTINGS LLP |
|    | 515 South Flower Street |
| 19 | Twenty-Fifth Floor |
|    | Los Angeles, California 90071-2228 |
| 20 | Telephone:  (213) 683-6000 |
|    | Facsimile:  1(213) 627-0705 |
| 21 | |
| 22 | PAUL W. CANE, JR. (SBN 100458) |
|    | paulcane@paulhastings.com |
| 23 | PAUL HASTINGS LLP |
|    | 101 California Street |
| 24 | Forty-Eighth Floor |
|    | San Francisco, California 94111 |
| 25 | Telephone:  (415) 856-7000 |
|    | Facsimile:  (415) 856-7100 |
| 26 | |
|    | Attorneys for Defendants |
| 27 | OGLETREE, DEAKINS, NASH, SMOAK |
|    | & STEWART, P.C., CHARLES MATTHEW KEEN |
| 28 | and KIM FRANKLIN EBERT |

| Case No. 8:19-cv-00060-JVS-ADS | -2- | JOINT STIP. TO DISMISS WITH PREJUDICE ALL CLAIMS OF PLTF. AGAINST ALL SERVED AND UNSERVED DEFTS, DISMISS WITHOUT PREJUDICE THE PAGA COUNT 10, AND CLOSE CASE |

## STIPULATION

The parties, through their counsel of record, hereby stipulate:

1) All claims of the last remaining Plaintiff in this action, Dawn Knepper, specifically including Counts 1 through 7 and 11 through 12 of the Second Amended Complaint – DKT 57-3 (as amended by DKT 113), shall be dismissed in their entirety with prejudice against all Defendants, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Charles Matthew Keen, Kim Franklin Ebert, Ronald Chapman, Jr., Joseph Clees and Joseph Beachboard;

(2) Count 10 of the Second Amended Complaint, the California Private Attorneys General Act representative action, currently stayed by the Court, shall be dismissed without prejudice;

(3) Plaintiff Knepper and Defendants each shall bear their own attorneys' fees and costs; and

(4) This case shall be closed.

**IT IS SO STIPULATED.**

DATED: January 30, 2020   SANFORD HEISLER SHARP, LLP

By: /s/ David Sanford
David Sanford
(appearance *Pro Hac Vice*)
Attorneys for Plaintiff, DAWN KNEPPER, in her individual and representative capacities

Nancy Abell has authorized Plaintiff's Counsel to efile this pleading and concurs in its content.

DATED: January 30, 2020   PAUL HASTINGS LLP

By: /s/ Nancy L. Abell
Nancy L. Abell
Attorneys for Defendants
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., CHARLES MATTHEW KEEN and KIM FRANKLIN EBERT