UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN KNEPPER, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., CHARLES MATTHEW KEEN & KIM FRANKLIN EBERT,<br><br>    Defendants. | CASE NO. 8:19-CV-00060-JVS-ADS<br><br>**ORDER (i) DISMISSING WITH PREJUDICE ALL CLAIMS OF PLAINTIFF DAWN KNEPPER AGAINST ALL SERVED AND UNSERVED DEFENDANTS (COUNTS 1 – 7 AND 11 – 12 OF THE SECOND AMENDED COMPLAINT), (ii) DISMISSING WITHOUT PREJUDICE THE REPRESENTATIVE CLAIM UNDER THE CALIFORNIA PRIVATE ATTORNEYS GENERAL ACT (COUNT 10 OF THE SECOND AMENDED COMPLAINT), AND (iii) CLOSING THIS CASE**<br><br>Judge:   Hon. James V. Selna |

Case No. 8:19-cv-00060-JVS-ADS

ORDER DISMISSING WITH PREJUDICE
ALL CLAIMS OF PLTF. AGAINST ALL SERVED AND
UNSERVED DEFTS, DISMISSING WITHOUT PREJUDICE
THE PAGA COUNT 10, AND CLOSING CASE

# **ORDER**

1) All claims of the last remaining Plaintiff in this action, Dawn Knepper, specifically including Counts 1 through 7 and 11 through 12 of the Second Amended Complaint – DKT 57-3 (as amended by DKT 113), are hereby dismissed in their entirety with prejudice against all Defendants, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Charles Matthew Keen, Kim Franklin Ebert, Ronald Chapman, Jr., Joseph Clees and Joseph Beachboard;

(2) Count 10 of the Second Amended Complaint, the California Private Attorneys General Act representative action, currently stayed by the Court, is dismissed without prejudice;

(3) Plaintiff Knepper and Defendants each shall bear their own attorneys' fees and costs; and

(4) This case shall be closed.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: February 03, 2020

_____
HONORABLE JAMES V. SELNA
United States District Judge